THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| OCTAVIO ORTEGA,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN SHIP MANAGEMENT, in personam the M/V MOKU PAKU, Official Number 002090, her engines, machinery, appurtenances and cargo, in rem,<br><br>    Defendants. | AT LAW AND AT ADMIRALTY<br><br>No. 2:17-cv-00069-JLR<br><br>STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL WITH PREJUDICE |

## STIPULATION

Plaintiff Octavio Ortega and Defendant American Ship Management, LLC, by and through their respective counsel, hereby stipulate and agree that all claims which have been asserted in this action by Plaintiff against Defendant have been settled and shall be dismissed with prejudice and without costs to any party. The parties request that the Court enter the below proposed Order dismissing this action with prejudice.

DATED this 17 day of July, 2017.

LAW OFFICE OF JOHN MERRIAM

_____
John W. Merriam, WSBA#12749
*Attorney for Plaintiff*

NICOLL BLACK & FEIG PLLC

/s/ W.L. Rivers Black
W.L. Rivers Black, WSBA No. 13386
Jeremy B. Jones, WSBA No. 44138
*Attorneys for Defendant American Ship Management*

STIPULATION AND [PROPOSED] ORDER
OF DISMISSAL WITH PREJUDICE - 1
(2:17-cv-00069-JLR)

LAW OFFICES OF
NICOLL BLACK & FEIG PLLC
1325 FOURTH AVENUE
SUITE 1650
SEATTLE, WASHINGTON 98101
(206) 838-7555

# [PROPOSED] ORDER

Based upon the foregoing stipulated motion, and the Court being fully advised in the premises, NOW, THEREFORE,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that all claims by Plaintiff against Defendant American Ship Management are dismissed with prejudice and without costs to any party.

This is a final order resolving this cause number.

DATED this 17th day of July, 2017

_____
United States Judge

*Presented by:*

LAW OFFICE OF JOHN MERRIAM

_____
John W. Merriam, WSBA#12749
4005 20th Avenue West, Suite 110
Seattle, WA 98199
Telephone: (206) 729-5252
Fax: (206) 729-1012
E-mail: john@merriam-maritimelaw.com
*Attorney for Plaintiff*

NICOLL BLACK & FEIG PLLC

*/s/ W.L. Rivers Black*
W.L. Rivers Black, WSBA No. 13386
Jeremy B. Jones, WSBA No. 44138
*Attorneys for Defendant American Ship Management*

STIPULATION AND [PROPOSED] ORDER
OF DISMISSAL WITH PREJUDICE - 2
(2:17-cv-00069-JLR)

LAW OFFICES OF
NICOLL BLACK & FEIG PLLC
1325 FOURTH AVENUE
SUITE 1650
SEATTLE, WASHINGTON 98101
(206) 838-7555